217 So.2d 251

**C. E. HAUN**

v.

**STATE of Alabama.**

**2 Div. 518, 519.**

Supreme Court of Alabama.

Oct. 17, 1968.

Rehearing Denied Jan. 16, 1969.

Richard A. Thompson, Tuscaloosa, for petitioner.

MacDonald Gallion, Atty. Gen., and Marlin Mooneyham, Asst. Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of C. E. Haun for certiorari to the Court of Appeals to review and revise the judgment and decision in Haun v. State, 44 Ala.App. 585, 217 So.2d 249 (2 Div. 176, 177).

Writ denied.

SIMPSON, COLEMAN and KOHN, JJ., concur.

220 So.2d 874

**Ola Mae HEATH**

v.

**STATE.**

**6 Div. 667.**

Supreme Court of Alabama.

March 13, 1969.

MacDonald Gallion, Atty. Gen., and Lloyd G. Hart, Asst. Atty. Gen., for petitioner.

Wm. C. McCain, Tuscaloosa, opposed.

LAWSON, Justice.

Petition of the State on the relation of its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision in Heath v. State, 44 Ala.App. 701, 220 So.2d 872.

Writ denied.

LIVINGSTON, C. J., and MERRILL and HARWOOD, JJ., concur.

219 So.2d 887

**James Edward HOLLINGSWORTH**

v.

**STATE.**

**1 Div. 575.**

Supreme Court of Alabama.

March 6, 1969.

Barry Hess, of Matranga, Hess & Sullivan, Mobile, for petitioner.

MacDonald Gallion, Atty. Gen., and Marlin Mooneyham, Asst. Atty. Gen., opposed.

COLEMAN, Justice.

Petition of James Edward Hollingsworth for certiorari to the Court of Appeals to review and revise the judgment and decision in Hollingsworth v. State, 44 Ala.App. 671, 219 So.2d 886.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and BLOODWORTH, JJ., concur.